**Order entered July 15, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01571-CV

**JOANN SEMPLE AND CAROL MATTHEWS, Appellants**

**V.**

**FRED VINCENT, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-11180**

## ORDER

We **GRANT** appellants' July 14, 2016 motion to extend time to file amended brief and

**ORDER** the amended brief filed no later than **July 29, 2016**.


/s/  CRAIG STODDART
   JUSTICE